UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH K. KIRBY,<br><br>            Plaintiff,<br><br>    vs.<br><br>LARRY D. TAYLOR, CATHY DANIEL, C. SEINER and C/O DURELL,<br><br>            Defendants. | NO.  CV-08-5094-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS |

    Magistrate Judge Hutton filed a Report and Recommendation on February 20, 2009, recommending Mr. Kirby's Motions for Appointment of Counsel and for a Temporary Restraining Order be denied.  There being no objections, the court **ADOPTS** the Report and Recommendation.  The Motions (Ct. Recs. 8 & 9) are **DENIED.**

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

    **DATED** this 26th day of March 2009.

                            *S/ Lonny R. Suko*

                            LONNY R. SUKO
                      UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS -- 1