UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH K. KIRBY,<br><br>        Plaintiff,<br><br>  vs.<br><br>LARRY D. TAYLOR, CATHY DANIEL, C. SEINER and C/O DURELL,<br><br>        Defendants. | NO.  CV-08-5094-JPH<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

    BEFORE THE COURT is Plaintiff Kenneth K. Kirby's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). Defendants have not been served in this action.  Accordingly, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 20) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

    Plaintiff also filed a Declaration and Motion to waive collection of the remaining balance of the filing fee in this action.  For good cause shown, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 21) is **GRANTED** and the institution having custody of Mr. Kirby shall cease collection of the filing fee in this action, cause number **CV-08-5094-JPH.**

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice,

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

forward a copy to Plaintiff and close the file.  The District Court Executive is further directed to send a copy of this Order to the **Benton County Jail, Attn: Jail Office Supervisor, 7122 W. Okanogan Pl., Bldg. B, Kennewick, WA  99336,** to forward to the appropriate agency having custody of Plaintiff.  The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this 13th day of April, 2009.

                                    s/ James P. Hutton

                                  JAMES P. HUTTON
                         UNITED STATES MAGISTRATE JUDGE

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND
DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2