AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

Kenneth K. Kirby,

PLAINTIFF

v.

Taylor, et al,

DEFENDANT'S

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-5094-JPH

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED  Plaintiff's Motion to Voluntarily Dismiss Complaint (Ct. Rec. 20) is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE.  Plaintiff's Motion to Waive the Filing Fee (Ct. Rec. 21) is GRANTED and the institution having custody of Mr. Kirby shall cease collection of the filing fee in this action.

April 14, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson